**Order entered September 9, 2013**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

No. 05-12-01516-CR
No. 05-12-01517-CR

**KELLY MACK LAMBETH, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

**On Appeal from the 219th Judicial District Court**
**Collin County, Texas**
**Trial Court Cause Nos. 219-80060-2012, 219-80495-2012**

## ORDER

The Court **GRANTS** the August 30, 2013 motion of Tim Avery to withdraw as counsel. We **DIRECT** the Clerk to remove Tim Avery as appellant's appointed attorney of record.

We **ORDER** the trial court to appoint new counsel to represent appellant in these appeals and to transmit supplemental records containing the order appointing new counsel to this Court within **FIFTEEN DAYS** of the date of this order.

We **DIRECT** the Clerk to send copies of this order, by electronic transmission, to the Honorable Scott Becker, Presiding Judge, 219th Judicial District Court; Tim Avery; and John Rolater, Collin County District Attorney's Office.

We **ABATE** the appeals to allow the trial court to comply with this order.  The appeals shall be reinstated fifteen days from the date of this order or when the supplemental records with the order appointing new counsel are received.


/s/     DAVID EVANS
            JUSTICE